O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 08-01550 SGL (0Px)                                  Date:   November 5, 2008

Title:       HECTOR MARTINEZ v. LITTON LOAN SERVICING LP
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                             None Present
        Courtroom Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                         None present

PROCEEDINGS:     ORDER REQUIRING FILING OF STATUS REPORT

      The Court is in receipt of a Notice of Removal in this action wherein jurisdiction is alleged to be based upon violations of the Truth and Lending Act (TILA) in connection with a mortgage on property owned by Hector Martinez.  The Court hereby issues an order requiring counsel for Litton Loan Servicing LP to file a declaration setting forth the status of the property that is the subject of the suit (e.g., whether a foreclosure sale has taken place, whether injunctive relief was sought and/or granted by the state court prior to removal, etc.,) within 48 hours of the issuance of this Order.   A courtesy copy shall be delivered directly to chamber's courtesy mailbox located on the Second Floor outside Courtroom One.

      IT IS SO ORDERED.

FIELD(CASE NUMBER)
FIELD(PLAINTIFF) v FIELD(DEFENDANT)
MINUTE ORDER of DATE

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08).  Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1:   All *non-signature* items shall be e-filed in **.pdf format.**

Step 2:   In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:   A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1:   Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:   E-file a Notice of Manual Filing.

Step 3:   E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.  WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

FIELD(CASE NUMBER)
FIELD(PLAINTIFF) v FIELD(DEFENDANT)
MINUTE ORDER of DATE

(Revision date January 16, 2008)