O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

JS - 6

| | |
|---|---|
| Case No.    ED CV 08-01550-SGL(OPx) | Date:  January 8, 2009 |

Title:        HECTOR MARTINEZ -v- LITTON LOAN SERVICING, L.P., ET AL.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None present | None present |

PROCEEDINGS:    ORDER GRANTING MOTION TO DISMISS; ORDER VACATING HEARING DATE

    On November 10, 2008, defendant filed a motion to dismiss all the claims in the complaint, and a motion to strike the request for treble damages in the complaint.  The caption on defendant's motions showed that the hearing on them was noticed for February 23, 2009.  Thereafter defendants filed on December 12, 2008, a motion to expunge lis pendens, which was noticed for a hearing on March 16, 2009.  The Court thereafter re-scheduled the hearing on all three motions to January 26, 2009.  In the order re-scheduling the matter to the present hearing date, plaintiff was specifically apprised that he had until January 5, 2009, to file an opposition to the motion to dismiss.

    This district's Local Rules provide that "[e]ach opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than fourteen (14) days before the date designated for the hearing of the motion in all other instances."  <u>See</u> Local Rule 7-9.  Accordingly, plaintiff had until January 5, 2009, to file an opposition to defendant's three motions.  The time for plaintiff to file his opposition has come and gone without him doing so.

    Plaintiff's failure to file an opposition to defendant's motion to dismiss, motion to strike, or motion to expunge is deemed by this Court as plaintiff's consent to the granting of the same.  <u>See</u> Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion"); <u>see</u> <u>also</u> <u>Ghazali v. Moran</u>, 46

ED CV 08-01550-SGL(OPx)
HECTOR MARTINEZ v LITTON LOAN SERVICING, L.P., ET AL.
MINUTE ORDER of January 8, 2009

F.3d 52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

    Accordingly, defendants' motion to dismiss is **GRANTED** and all the claims in the complaint are hereby **DISMISSED**.  Moreover, defendants' motion to strike and motion to expunge is similarly **GRANTED**.

    The previously noticed January 26, 2009, hearing on all three motions is hereby **VACATED**.

    IT IS SO ORDERED.

MINUTES FORM 90                                                                                          Initials of Deputy Clerk: jh
CIVIL -- GEN                                           2

ED CV 08-01550-SGL(OPx)
HECTOR MARTINEZ v LITTON LOAN SERVICING, L.P., ET AL.
MINUTE ORDER of January 8, 2009

F.3d 52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

    Accordingly, defendants' motion to dismiss is **GRANTED** and all the claims in the complaint are hereby **DISMISSED**.  Moreover, defendants' motion to strike and motion to expunge is similarly **GRANTED**.

    The previously noticed January 26, 2009, hearing on all three motions is hereby **VACATED**.

    IT IS SO ORDERED.